

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SHAHBAZ YAZDANI, | § | No. 08-25-00039-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No 5 |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# CC708917) |
| | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted. We therefore dismiss the appeal.

IT IS SO ORDERED this 23rd day of June 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)